UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 20899
    STEVEN H SCHEIB
    DENISE M SCHEIB                          CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-2383    SSN XXX-XX-2818

--------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/28/04 and confirmed on 07/30/04.

    2.  The case was dismissed after confirmation, 02/29/2008.

    3.  The Debtor paid a total of $ 51587.59 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | 33082.32 | .00 | 33082.32 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 1536.98 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 13025.00 | 2545.74 | 11121.12 |
| INTERNAL REVENUE SERVICE | PRIORITY | 148.38 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 82.25 | .00 | .00 |
| BHURJI SINGH MD | UNSECURED | NOT FILED | .00 | .00 |
| BILL WALSH CHEVROLET | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| COMMUNITY HOSPITAL OF OT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | 1531.56 | .00 | .00 |
| DELL FINANCIAL SVCS | UNSECURED | 2368.72 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CORP | UNSECURED | 6659.97 | .00 | .00 |
| ILLINOIS POWER | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY MRI CTR | UNSECURED | 1093.00 | .00 | .00 |
| K MART RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| NORTHERN ILLINOIS GAS | UNSECURED | NOT FILED | .00 | .00 |
| OTTAWA MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| OTTAWA MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| REZIN CENTER FOR ORTHOPE | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

```
TALK AMERICA               UNSECURED      NOT FILED            .00            .00
ILLINOIS DEPT REVENUE      UNSECURED           30.00           .00            .00
FORD MOTOR CREDIT CO       UNSECURED         4830.43           .00            .00
          Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   47644.30       230.63    16513.68         .00     64388.61
PRINCIPAL PAID       44203.44          .00         .00         .00     44203.44
INTEREST PAID         2545.74          .00         .00         .00      2545.74
TOTAL PAID           46749.18          .00         .00         .00     46749.18
```

The Debtor's attorney, PETER FRANCIS GERACI              , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   2138.41 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 05/21/08              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE